UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 18-13585 |
|---|---|---|
| Chad Williams | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

## RESPONSE TO THE MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362(d)

Comes Now, Chad Williams, hereinafter referred to as "Debtor" by and through his undersigned counsel in response to the Motion for Relief from the Automatic Stay and in support thereof avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.

5. Admitted.

6. Denied. By way of further answer, the mortgage payment is $691.55 and accordingly, the stated delinquency can not be correct.

7. Denied.

8. Admitted.

9. Admitted.

10. Admitted.

11. Denied.

12. Denied.

13. Denied.

Dated: November 21, 2018

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #502
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008