UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Chad Williams | : | Case No.: 18-13585 |
|---|---|---|
| Debtor(s) | : | Chapter 13 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Debtors' Response to the Motion for Relief from Automatic Stay by regular US Mail on the following parties by electronic means and/or regular US mail:

Allison L. Carr, Esq.
1500 One PPG Place
Pittsburgh, PA 15222

Dated: November 21, 2018

_____
Brad J. Sadek, Esq.
Attorney for Debtor