## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 18-13585-mdc |
| Chad Williams | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |

### CERTIFICATION OF DEFAULT

AND NOW, comes U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust (hereafter "Movant"), by and through their attorneys, Tucker Arensberg, P.C., and files this Certification of Default stating as follows:

1.      Movant is the holder of a claim secured by real property known as 1934 W. Spencer St., Philadelphia, PA 19141.

2.      Movant filed a Motion for Relief from Stay as a result of Debtor's failure to make payments when due under both the terms of the Note with Movant and under the terms of his proposed Chapter 13 Plan.

3.      Subsequent thereto, Movant and the Debtor did enter into a Stipulation resolving the Motion for Relief from Stay.

4.      The Stipulation was approved by this Honorable Court on January 28, 2019.

5.      The Debtor has failed to make payments as required under the Stipulation. Specifically, the Debtor has failed to make the contractual payments for a total delinquency for $2,402.76.

6.      On April 5, 2019, Counsel for Movant sent a Notice of Default (the "Notice") via Certified Mail, First Class Mail and email to counsel for the Debtor advising that the required payments had not been paid and giving the Debtor ten days to cure the default.  A copy of the Notice is attached hereto as Exhibit A.

7.      Despite the Notice, the default has not been cured.

WHEREFORE, U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust requests this Honorable Court to enter an Order terminating the stay as to the Real Property.

Respectfully submitted,

TUCKER ARENSBERG, P.C.


By: /s/ Jillian Nolan Snider
      Jillian Nolan Snider, Esquire
      Pa. I.D. # 202253
      1500 One PPG Place
      Pittsburgh, PA 15222
      (412) 566-1212

      Attorney for Movant

TADMS:5139485-1 032787-185259