

Jillian Nolan Snider  412.594.5588
jsnider@tuckerlaw.com

**Via Certified Mail Return Receipt Requested,
First Class Mail and Email**

April 5, 2019

Brad J. Sadek
1934 W. Spencer Street
Philadelphia, PA 19141
brad@sadeklaw.com

Re:   Notice of Default and Demand for Payment
      Chad Williams, Debtor

Dear Mr. Sadek:

Reference is made to that certain Stipulation in Settlement of Motion for Relief entered on January 28, 2019, at Document Number 47 that was made between your client and U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust ("U.S. Bank"), with regards to the bankruptcy case number 18-13585-mdc.

Pursuant to the terms of the Stipulation, this Letter shall serve as formal notice to you that not all payments have been made to U.S. Bank per the Stipulation. The total amount due of the date of this letter is as follows:

Total:

| | |
|---|---|
| Delinquent Payments from | |
| 3/1/19 - 4/1/19 | 2,081.88 |
| Arrears | 1,720.19 |
| Suspense Balance | 1,399.31 |
| **Total:** | **$2,402.76** |

together with additional interest from March 21, 2019, and all costs incurred by Lender in connection with the enforcement and collection of the Agreement, including but not limited to attorneys' fees and costs. Please contact this office prior to making any payment in order to obtain an updated and complete reinstatement figure.

If the arrears referenced above are not cured within ten (10) days of the date of this letter, U.S. Bank will file an Affidavit of Default.



Brad J. Sadek
April 5, 2019
Page 2

Thank you for your immediate attention to this matter.

Very truly yours,

TUCKER ARENSBERG, P.C.

Jillian Nolan Snider

Cc: Chad Williams, 1934 W. Spencer Street, Philadelphia, PA 19141

TADMS:5122697-1 032787-185259