UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 18-13585 |
|    Chad Williams | : | |
| | : | |
| | : | |
|    Debtor | : | Chapter 13 |

### RESPONSE OF CHAD WILLIAMS TO THE CERTIFICATE OF DEFAULT

1. Admitted.
2. Admitted.
3. Admitted. By way of further answer, since January, 2019 counsel for the Debtor has been questioning the mortgage amount listed in the subject Stipulation. In light of the monthly mortgage amount continuing to be in dispute an Objection to proof of claim number 7-1 filed by US Bank was filed on May 9, 2019.
4. Admitted.
5. Denied. The Debtor made a payment in the amount of $2,450.00 to the Movant on April 15, 2019.
6. Admitted.
7. Denied. The Debtor made a payment in the amount of $2,450.00 to the Movant on April 15, 2019.

    WHEREFORE, Chad Williams, respectfully request that this Court deny an Order Granting Relief from the Automatic Stay.

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #502
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008
Attorney for Debtor

Dated: May 9, 2019