UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Chad Williams | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 18-13585 |

OBJECTION TO PROOF OF CLAIM NUMBERED 7-1

COMES NOW, Chad Williams, hereinafter referred to as "Debtor," by and through his undersigned counsel, Brad J. Sadek, Esquire, and hereby objects to Proof of Claim number 7-1 filed on behalf of U.S. Bank Trust National Association ("US Bank") and in support thereof avers the following:

1. Debtor filed the instant Chapter 13 Bankruptcy case on or about May 31, 2018.

2. The case filing was assigned case number 18-13585.

3. On or about August 9, 2018 US Bank filed Proof of Claim numbered 7-1as a secured claim in the amount of $150,532.49.

4. Official form 410 lists the "Total monthly payment" in the amount of "$1,040.94."

5. However, on page nine (9) of the subject proof of claim is the modified mortgage terms, per the February 4, 2015 mortgage modification agreement.

6. The subject mortgage modification provided for a monthly principal and interest payment in the amount of $399.37 plus an escrow payment in the amount of $292.28 for a total of $691.65.

7. Despite pre-petition escrow advances being included in the arrears as stated in the proof of claim, the monthly escrow as stated on form 410 ("$641.57") is $349.29 higher than the estimated monthly escrow payment listed on the mortgage modification.

WHEREFORE, the Debtor, Chad Williams, respectfully requests that this Honorable Court strike the proof of claim numbered 7-1 filed by US Bank.

Dated: 5/9/19

_____
Brad J. Sadek, Esquire
Sadek and Cooper
Attorney for the Debtors
Sadek Law Offices, LLC
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008