IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| CHAD WILLIAMS | ) | Case No. 18-13585-mdc |
| Debtor | ) | Chapter 13 |
| CHAD WILLIAMS | ) | Related to Document No. 61 & 62 |
| Movant | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST | ) ) ) | |
| Respondent | ) | |

**RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBERED 7-1 AND RESPONSE TO DEBTOR'S RESPONSE TO THE CERTIFICATE OF DEFAULT**

U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust ("**U.S. Bank**"), by and through its undersigned counsel, files this Response to the Debtor's Objection to Proof of Claim Numbered 7-1 ("**Objection**") filed by U.S. Bank ("**Claim**") and this Response to the Debtor's Response to the Certificate of Default ("**Response**"), and in support thereof, avers as follows:

**RESPONSE TO THE OBJECTION**

1. The allegations in Paragraph 1 are admitted.

2. The allegations in Paragraph 2 are admitted.

3. The allegations in Paragraph 3 are denied, as the Proof of Claim is a document which speaks for itself.

4. The allegations in Paragraph 4 are denied, as form 410 is a document which speaks for itself.

5. The allegations in Paragraph 5 are denied as the mortgage modification agreement is a document which speaks for itself.

6. The allegations in Paragraph 6 are denied as the mortgage modification agreement is a document which speaks for itself. By way of further response, the $292.28 in estimated monthly escrow

and the total monthly payment of $691.65, adjusts after year 1, pursuant to the terms of the loan documentation.

7. The allegations in Paragraph 7 are denied. By way of further response, form 410 lists a payment change in the total monthly payment to $624.28 on March 1, 2017, and again on September 1, 2017 to a total monthly payment of $1,040.94.

### **RESPONSE TO THE RESPONSE OF CERTIFICATE OF DEFAULT**

8. In response to Debtor's Paragraph 5 and 7 of the Response, Respondent acknowledges receipt of the $2,450.00 payment made by the Debtor on April 15, 2019. By way of further response, counsel for Respondent sent an updated post-petition payment history to Debtor's Counsel on May 9, 2019, showing that the payment has been applied to the account and that there is still a default. A copy of this payment history is attached here as Exhibit "A".

WHEREFORE, U.S. Bank respectfully requests that this Court enter an Order denying the Objection and allowing Claim No. 7-1 in the amount of $150,532.49, and granting such other relief as the Court deems just proper and equitable.

Respectfully submitted,

Dated: May 28, 2019

TUCKER ARENSBERG P.C.

/s/ Jillian Nolan Snider
Jillian Nolan Snider Esquire
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
jsnider@tuckerlaw.com

*Counsel to U.S. Bank Trust National Association*