# EXHIBIT "B"



9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054

P: 856-596-8900
F: 856-596-9631
www.parkermccay.com

**Foreclosure/Bankruptcy Dept.**
P:  856-985-4059
F:  856-596-3427

June 28, 2021

Our File No. 14842-21-37942-B

Brad J. Sadek, Esq.
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

   Re: Chad Williams
     18-13585-MDC
     Property Address: 1934 W. Spencer Street, Philadelphia, PA 19141
     **Notice of Default**

Dear Mr. Sadek:

  Our firm represents BSI Financial Services as servicer for creditor, U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust regarding the above referenced property. According to our records, you represent the above referenced debtor in relation to a bankruptcy filing.

  Please be advised that your client, Chad Williams, has failed to comply with the terms of the Stipulation Resolving U.S. Bank's Certification of Default and Objection to Claim filed on July 3, 2019 and approved by this Court on July 17, 2019. According to our client's records, the last payment received on this account was on June 25, 2021 in the amount of $750.00 which satisfied the March 1, 2021 post-petition payment. In order to bring the post-petition payments current through June 2021, the Debtor needs to remit a payment in the amount of $1,469.52. This amount represents the April 1, 2021 through and including June 1, 2021 post-petition payments of $694.96 each less $615.36 in suspense.

  Please note that this letter serves as a Notice of Default and the opportunity to cure the arrearage as stated above. If the Debtor fails to cure the above-mentioned default within ten (10) days from the date of receipt of this letter, Movant may filed a Certification of Default requesting relief from the automatic stay without further notice or motion.

         Sincerely,

         */s/ Brian E. Caine*

         Brian E. Caine

BEC/lc

Cc: Chad Williams, 1934 W. Spencer Street, Philadelphia, PA 19141