### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Chad Williams | : | Chapter 13 |
| | : | Case No.: 18-13585-MDC |
| Debtor(s) | : | |

## **O R D E R**

AND NOW, this 23rd day of September 2021, upon consideration of the Motion to Vacate the August 5, 2021 Order Granting Relief from the Automatic Stay to U.S. Bank Trust National Association, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order granting relief of the automatic stay is hereby VACATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE