UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

December 15, 2021

To: **Brad Sadek, Esq.**


In re: **Chad Williams**
Bankruptcy No. **18-13585MDC**
Adversary No.
Chapter **13**

Re **Supplemental Application for Compensation (docket #140)**

The above pleading was filed in this office on 11-10-21.  Please
be advised that the following document(s) has (have) not been
filed as required pursuant to the Federal Rules of Bankruptcy
Procedure and/or the Local Rules of this court:

        ()    Affidavit
        ()    Certificate of Service
        (**x**)   Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
                    objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    Other


In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.


                Timothy B. McGrath
                Clerk



                By: ____Randi Janoff_____
                        Deputy Clerk

status.frm
(rev. 11/26/2018)