**Fill in this information to identify the case:**

Debtor 1  Chad Williams

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  18-13585-MDC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, et al

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account:  9 5 1 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | Objection to Debtor's Motion to Vacate (9/8/2021) | (3) | $ 550.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Attorney fees | NOD letter (6/28/2021) | (11) | $ 100.00 |
| 12. Other. Specify: Attorney fees | Certification of Default (7/27/2021) | (12) | $ 300.00 |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

| Debtor 1 | Chad Williams | | Case number (if known) 18-13585-MDC |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Brian E. Caine                                   Date 09/30/2021
Signature

Print:   Brian E. Caine                                   Title  Attorney
        First Name   Middle Name   Last Name

Company:  Parker McCay P.A.

Address:  9000 Midlantic Drive, Suite 300
         Number        Street
         Mount Laurel                NJ      08054
         City                        State   ZIP Code

Contact phone  (856) 985-4059                Email  bcaine@parkermccay.com

Print    Save As...    Add Attachment    Reset

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| **Chad Williams** | : Chapter 13 |
| | : Case No. 18-13585-MDC |
| **Debtor,** | : |
| U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust | : |
| Movant, | : |
| v. | : |
| Chad Williams | : |
| Debtor, and | : |
| William C. Miller, Esquire | : |
| Trustee, and | : |
| Respondents. | : |

**CERTIFICATE OF SERVICE OF NOTICE OF**
**POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES**

I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on September 30, 2021.

**SERVICE BY Notice of Electronic Filing:**

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
*DEBTOR'S ATTORNEY – SERVED ELECTRONICALLY*

WILLIAM C. MILLER, Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107
*CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY*

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
*SERVED ELECTRONICALLY*

**SERVICE BY First-Class Mail:**

Chad Williams
1934 W. Spencer Street
Philadelphia, PA 19141
***DEBTOR – SERVED VIA REGULAR MAIL***

EXECUTED ON:  September 30, 2021

By:  /s/Brian E. Caine
BRIAN E. CAINE, ESQ.
PA Attorney ID 86057
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey  08054
(p) 856-985-4059
(fax) 856-596-3427
bcaine@parkermccay.com
*Attorney for Movant, U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust*